ERIC HORN
VOGEL BACH & HORN, LLP
2 UNIVERSITY PLAZA, SUITE 100
HACKENSACK, NJ  07601

Re:  PASCUAL ALMONTE         Atty:  ERIC HORN
     GLADYS M. VARGAS               VOGEL BACH & HORN, LLP
     11 SISCO PLACE                 2 UNIVERSITY PLAZA, SUITE 100
     CLIFTON, NJ  07011             HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-14943

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $14,850.00**

## RECEIPTS AS OF 01/13/2023                                   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/01/2019 | $90.00 | 5740297000 | 04/30/2019 | $90.00 | 25882621007 |
| 05/31/2019 | $90.00 | 5899090000 | 07/01/2019 | $90.00 | 5979585000 |
| 07/31/2019 | $90.00 | 6053152000 | 08/26/2019 | $90.00 | 6123036000 |
| 10/07/2019 | $90.00 | 6234860000 | 10/28/2019 | $175.00 | 6282546000 |
| 11/01/2019 | $265.00 | 6291071000 | 12/02/2019 | $265.00 | 6369690000 |
| 12/30/2019 | $265.00 | 6434469000 | 02/03/2020 | $265.00 | 6525544000 |
| 02/28/2020 | $265.00 | 6591818000 | 03/30/2020 | $265.00 | 6668713000 |
| 05/01/2020 | $265.00 | 6750454000 | 06/01/2020 | $265.00 | 6824969000 |
| 06/29/2020 | $265.00 | 6899842000 | 07/31/2020 | $265.00 | 6977419000 |
| 08/31/2020 | $265.00 | 7045079000 | 10/01/2020 | $265.00 | 7124215000 |
| 11/02/2020 | $265.00 | 7204500000 | 11/30/2020 | $265.00 | 7264584000 |
| 01/04/2021 | $265.00 | 7344151000 | 02/01/2021 | $265.00 | 7419461000 |
| 03/01/2021 | $265.00 | 7481629000 | 03/29/2021 | $265.00 | 7557894000 |
| 04/30/2021 | $265.00 | 7633120000 | 06/02/2021 | $265.00 | 7708795000 |
| 07/01/2021 | $265.00 | 7779599000 | 08/02/2021 | $265.00 | 7848842000 |
| 08/31/2021 | $265.00 | 7914050000 | 09/30/2021 | $265.00 | 7978539000 |
| 11/01/2021 | $265.00 | 8049177000 | 11/30/2021 | $265.00 | 8112870000 |
| 01/03/2022 | $265.00 | 8180553000 | 01/31/2022 | $265.00 | 8244512000 |
| 02/28/2022 | $265.00 | 8298717000 | 04/01/2022 | $265.00 | 8373391000 |
| 05/02/2022 | $265.00 | 8437081000 | 06/01/2022 | $265.00 | 8499318000 |
| 07/05/2022 | $265.00 | 8567001000 | 08/02/2022 | $265.00 | 8623878000 |
| 09/02/2022 | $265.00 | 8685919000 | 09/30/2022 | $265.00 | 8734886000 |
| 11/01/2022 | $265.00 | 8798636000 | 12/01/2022 | $265.00 | 8853990000 |
| 01/03/2023 | $265.00 | 8914755000 | | | |

**Total Receipts:  $11,140.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $11,140.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023                 (Please Read Across)

**Chapter 13 Case # 19-14943**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | | | | | | |
| | 04/20/2020 | $172.66 | 847,014 | 05/18/2020 | $251.22 | 848,904 |
| | 06/15/2020 | $238.50 | 850,589 | 07/20/2020 | $245.12 | 852,391 |
| | 08/17/2020 | $245.12 | 854,256 | 09/21/2020 | $245.12 | 856,075 |
| | 10/19/2020 | $245.12 | 857,952 | 11/16/2020 | $245.12 | 859,747 |
| | 12/21/2020 | $245.12 | 861,573 | 01/11/2021 | $245.12 | 863,347 |
| | 02/22/2021 | $245.12 | 865,045 | 03/15/2021 | $245.12 | 866,881 |
| | 04/19/2021 | $245.12 | 868,577 | 05/17/2021 | $245.12 | 870,474 |
| | 06/21/2021 | $245.12 | 872,284 | 07/19/2021 | $249.10 | 874,077 |
| | 08/16/2021 | $249.10 | 875,759 | 09/20/2021 | $249.10 | 877,502 |
| | 10/18/2021 | $249.10 | 879,272 | 11/17/2021 | $249.10 | 880,983 |
| | 12/13/2021 | $251.75 | 882,614 | 01/10/2022 | $251.75 | 884,267 |
| | 02/14/2022 | $251.75 | 885,964 | 03/14/2022 | $251.75 | 887,665 |
| | 04/18/2022 | $251.75 | 889,379 | 05/16/2022 | $255.72 | 891,072 |
| | 06/20/2022 | $255.72 | 892,768 | 07/18/2022 | $255.72 | 894,480 |
| | 08/15/2022 | $255.72 | 896,057 | 09/19/2022 | $255.72 | 897,663 |
| | 10/17/2022 | $255.72 | 899,321 | 11/14/2022 | $255.72 | 900,902 |
| | 12/12/2022 | $250.42 | 902,446 | 01/09/2023 | $250.42 | 903,935 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 640.63 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,850.00 | 100.00% | 1,850.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COMENITY BANK / VICTORIA'S SECRETS | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ATLAS ACQUISITIONS LLC | UNSECURED | 1,007.49 | * | 0.00 | |
| 0004 | ENHANCED RECOVERY CORP. | SECURED | 0.00 | 100.00% | 0.00 | |
| 0005 | CAVALRY SPV I LLC | UNSECURED | 1,576.50 | * | 0.00 | |
| 0006 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0007 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 1,059.37 | * | 0.00 | |
| 0009 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | NEW CENTURY FINANCIAL SERVICE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 10,013.17 | 100.00% | 8,398.95 | |
| 0015 | STATE OF NEW JERSEY | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $10,889.58**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $11,140.00   -   Paid to Claims: $8,398.95   -   Admin Costs Paid: $2,490.63   =   Funds on Hand: $250.42

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.