| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Milstead & Associates, LLC<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 228680-8<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 | |
| In Re:<br><br>Pascual Almonte and Gladys Vargas | Case No.: 19-14943-RG<br>Chapter 13<br><br>Hearing Date: June 7, 2023<br>Time: 10:00 a.m.<br><br>Judge: Rosemary Gambardella |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: <u>Motion for Relief from the Automatic Stay Re: 11 Sisco Place, Clifton, NJ 07011 filed on April 4, 2023 as Document No. 67.</u>

Date: <u>June 6, 2023</u>                    /s/ Roger Fay
                                                                Signature

*Rev8/1/15*