Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF APRIL 9, 2024

**Chapter 13 Case # 19-14943**

Re:   PASCUAL ALMONTE                                           Atty:   ERIC HORN
      GLADYS M. VARGAS                                                  VOGEL BACH & HORN, LLP
      11 SISCO PLACE                                                    2 UNIVERSITY PLAZA, SUITE 100
      CLIFTON, NJ  07011                                                HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $14,850.00**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/01/2019 | $90.00 | 5740297000 | 04/30/2019 | $90.00 | 25882621007 |
| 05/31/2019 | $90.00 | 5899090000 | 07/01/2019 | $90.00 | 5979585000 |
| 07/31/2019 | $90.00 | 6053152000 | 08/26/2019 | $90.00 | 6123036000 |
| 10/07/2019 | $90.00 | 6234860000 | 10/28/2019 | $175.00 | 6282546000 |
| 11/01/2019 | $265.00 | 6291071000 | 12/02/2019 | $265.00 | 6369690000 |
| 12/30/2019 | $265.00 | 6434469000 | 02/03/2020 | $265.00 | 6525544000 |
| 02/28/2020 | $265.00 | 6591818000 | 03/30/2020 | $265.00 | 6668713000 |
| 05/01/2020 | $265.00 | 6750454000 | 06/01/2020 | $265.00 | 6824969000 |
| 06/29/2020 | $265.00 | 6899842000 | 07/31/2020 | $265.00 | 6977419000 |
| 08/31/2020 | $265.00 | 7045079000 | 10/01/2020 | $265.00 | 7124215000 |
| 11/02/2020 | $265.00 | 7204500000 | 11/30/2020 | $265.00 | 7264584000 |
| 01/04/2021 | $265.00 | 7344151000 | 02/01/2021 | $265.00 | 7419461000 |
| 03/01/2021 | $265.00 | 7481629000 | 03/29/2021 | $265.00 | 7557894000 |
| 04/30/2021 | $265.00 | 7633120000 | 06/02/2021 | $265.00 | 7708795000 |
| 07/01/2021 | $265.00 | 7779599000 | 08/02/2021 | $265.00 | 7848842000 |
| 08/31/2021 | $265.00 | 7914050000 | 09/30/2021 | $265.00 | 7978539000 |
| 11/01/2021 | $265.00 | 8049177000 | 11/30/2021 | $265.00 | 8112870000 |
| 01/03/2022 | $265.00 | 8180553000 | 01/31/2022 | $265.00 | 8244512000 |
| 02/28/2022 | $265.00 | 8298717000 | 04/01/2022 | $265.00 | 8373391000 |
| 05/02/2022 | $265.00 | 8437081000 | 06/01/2022 | $265.00 | 8499318000 |
| 07/05/2022 | $265.00 | 8567001000 | 08/02/2022 | $265.00 | 8623878000 |
| 09/02/2022 | $265.00 | 8685919000 | 09/30/2022 | $265.00 | 8734886000 |
| 11/01/2022 | $265.00 | 8798636000 | 12/01/2022 | $265.00 | 8853990000 |
| 01/03/2023 | $265.00 | 8914755000 | 02/01/2023 | $265.00 | 8970384000 |
| 03/01/2023 | $265.00 | 9027328000 | 04/03/2023 | $265.00 | 9089207000 |
| 05/01/2023 | $265.00 | 9137584000 | 06/05/2023 | $265.00 | 9202668000 |
| 07/03/2023 | $265.00 | 9250556000 | 07/31/2023 | $265.00 | 9302279000 |
| 09/05/2023 | $265.00 | 935881000 | 10/02/2023 | $265.00 | 9406070000 |
| 10/31/2023 | $265.00 | 9456441000 | 12/04/2023 | $265.00 | 9511755000 |

**Chapter 13 Case # 19-14943**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/29/2023 | $265.00 | 9554396000 | 02/01/2024 | $265.00 | 9610522000 |
| 03/04/2024 | $265.00 | 9662368000 | | | |

**Total Receipts: $14,850.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $14,850.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 897.71 | |
| ATTY | ATTORNEY | ADMIN | 1,850.00 | 100.00% | 1,850.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COMENITY BANK / VICTORIA'S SECRETS | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ATLAS ACQUISITIONS LLC | UNSECURED | 1,007.49 | * | 510.28 | |
| 0004 | ENHANCED RECOVERY CORP. | SECURED | 0.00 | 100.00% | 0.00 | |
| 0005 | CAVALRY SPV I LLC | UNSECURED | 1,576.50 | * | 798.48 | |
| 0006 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0007 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 1,059.37 | * | 536.56 | |
| 0009 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | NEW CENTURY FINANCIAL SERVICE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 10,013.17 | 100.00% | 10,013.17 | |
| 0015 | STATE OF NEW JERSEY | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $14,606.20**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ATLAS ACQUISITIONS LLC | | | | | | | |
| | 08/14/2023 | $36.16 | 914463 | | 09/18/2023 | $68.52 | 915955 |
| | 10/16/2023 | $68.52 | 917459 | | 11/13/2023 | $67.41 | 918880 |
| | 12/11/2023 | $67.42 | 920306 | | 01/08/2024 | $67.42 | 921699 |
| | 02/12/2024 | $67.41 | 923032 | | 03/11/2024 | $67.42 | 924491 |
| CAVALRY SPV I LLC | | | | | | | |
| | 08/14/2023 | $56.58 | 914716 | | 09/18/2023 | $107.22 | 916210 |
| | 10/16/2023 | $107.21 | 917693 | | 11/13/2023 | $105.49 | 919135 |
| | 12/11/2023 | $105.50 | 920552 | | 01/08/2024 | $105.49 | 921930 |
| | 02/12/2024 | $105.50 | 923285 | | 03/11/2024 | $105.49 | 924736 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | | | | | | | |
| | 04/20/2020 | $172.66 | 847014 | | 05/18/2020 | $251.22 | 848904 |
| | 06/15/2020 | $238.50 | 850589 | | 07/20/2020 | $245.12 | 852391 |
| | 08/17/2020 | $245.12 | 854256 | | 09/21/2020 | $245.12 | 856075 |
| | 10/19/2020 | $245.12 | 857952 | | 11/16/2020 | $245.12 | 859747 |
| | 12/21/2020 | $245.12 | 861573 | | 01/11/2021 | $245.12 | 863347 |
| | 02/22/2021 | $245.12 | 865045 | | 03/15/2021 | $245.12 | 866881 |
| | 04/19/2021 | $245.12 | 868577 | | 05/17/2021 | $245.12 | 870474 |
| | 06/21/2021 | $245.12 | 872284 | | 07/19/2021 | $249.10 | 874077 |
| | 08/16/2021 | $249.10 | 875759 | | 09/20/2021 | $249.10 | 877502 |
| | 10/18/2021 | $249.10 | 879272 | | 11/17/2021 | $249.10 | 880983 |
| | 12/13/2021 | $251.75 | 882614 | | 01/10/2022 | $251.75 | 884267 |
| | 02/14/2022 | $251.75 | 885964 | | 03/14/2022 | $251.75 | 887665 |
| | 04/18/2022 | $251.75 | 889379 | | 05/16/2022 | $255.72 | 891072 |
| | 06/20/2022 | $255.72 | 892768 | | 07/18/2022 | $255.72 | 894480 |

**Chapter 13 Case # 19-14943**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 08/15/2022 | $255.72 | 896057 | | 09/19/2022 | $255.72 | 897663 |
| | 10/17/2022 | $255.72 | 899321 | | 11/14/2022 | $255.72 | 900902 |
| | 12/12/2022 | $250.42 | 902446 | | 01/09/2023 | $250.42 | 903935 |
| | 02/13/2023 | $250.42 | 905472 | | 03/13/2023 | $250.42 | 907081 |
| | 04/17/2023 | $250.42 | 908686 | | 05/15/2023 | $250.42 | 910287 |
| | 05/17/2023 | ($250.42) | 908686 | | 06/12/2023 | $498.19 | 911759 |
| | 07/17/2023 | $247.77 | 913281 | | 08/14/2023 | $117.00 | 914799 |
| LVNV FUNDING LLC | | | | | | | |
| | 08/14/2023 | $38.02 | 914984 | | 09/18/2023 | $72.05 | 916481 |
| | 10/16/2023 | $72.04 | 917954 | | 11/13/2023 | $70.90 | 919401 |
| | 12/11/2023 | $70.88 | 920797 | | 01/08/2024 | $70.89 | 922185 |
| | 02/12/2024 | $70.89 | 923558 | | 03/11/2024 | $70.89 | 924992 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: April 09, 2024.

Receipts: $14,850.00   -   Paid to Claims: $11,858.49   -   Admin Costs Paid: $2,747.71   =   Funds on Hand: $243.80

Base Plan Amount: $14,850.00   -   Receipts: $14,850.00   =   Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.