Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19–14943–RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Pascual Almonte | Gladys M. Vargas |
| 11 Sisco Place | 11 Sisco Place |
| Clifton, NJ 07011 | Clifton, NJ 07011 |

Social Security No.:
  xxx–xx–5263                               xxx–xx–7214

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Pascual Almonte and Gladys M. Vargas</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: April 25, 2024
JAN: dlr

                                                    <u>Jeanne Naughton, Clerk</u>