| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re: Pascual Almonte 11 Sisco Place Clifton N.J. 07011 | Case No.: 19-14943-RG <br> Chapter: 13 <br> Judge: Rosemary Gambardella |

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ 2024 JUN 10 A 11:42 JEANNE A. NAUGHTON BY: ___ CLERK*

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Pascual Almonte, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 06/04/24                                         _Pascual Almonte_
                                                       Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Gladys M. Vargas
11 Sisco Place
Clifton NJ. 07011

Case No.: 19-14943-RG

Chapter: 13

Judge: Rosemary Gambardella

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Gladys M. Vargas, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 06/04/24

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

Pascual Almonte
11 Sisco Place
Clifton, NJ
07011

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 JUN 10 A 11: 42

JEANNE A. NAUGHTON
CLERK

XRAYED

DV DANIELS NJ 070
5 JUN 2024 PM 5 L

07102-350655

United State Bankruptcy Court
District of New Jersey
MLK Sr. Federal Building
50 Walnut Street
Newark, NJ 07102