Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−14943−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Pascual Almonte | Gladys M. Vargas |
| 11 Sisco Place | 11 Sisco Place |
| Clifton, NJ 07011 | Clifton, NJ 07011 |

Social Security No.:
  xxx−xx−5263                                   xxx−xx−7214

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 26, 2024</u>                   <u>Rosemary Gambardella</u>
                                            Judge, United States Bankruptcy Court